**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Gulton Incorporated** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **01-0640196** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **116 Corporate Blvd** <br> **South Plainfield, NJ 07080** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Middlesex** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    **https://www.gulton.com/thermal-printheads**

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Gulton Incorporated**                                              Case number (*if known*) _____
    Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Railroad (as defined in 11 U.S.C. § 101(44))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   Clearing Bank (as defined in 11 U.S.C. § 781(3))

■   None of the above

B. *Check all that apply*

☐   Tax-exempt entity (as described in 26 U.S.C. §501)

☐   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐   Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __3575__

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐   Chapter 7

☐   Chapter 9

■   Chapter 11. *Check **all** that apply:*

    ☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■   The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐   A plan is being filed with this petition.

    ☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐   Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Gulton Incorporated**    Case number (*if known*) _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____ When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Gulton Incorporated**                                      Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Gulton Incorporated** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  6, 2024**
MM / DD / YYYY

**X** **/s/ Joseph J. DiGiovanni**    **Joseph J. DiGiovanni**
Signature of authorized representative of debtor    Printed name

Title    **President & COO**

---

**18. Signature of attorney**

**X** **/s/ Richard D. Trenk**    Date **May  6, 2024**
Signature of attorney for debtor    MM / DD / YYYY

**Richard D. Trenk**
Printed name

**Trenk Isabel Siddiqi & Shahdanian P.C.**
Firm name

**290 W. Mt. Pleasant Avenue**
**Suite 2370**
**Livingston, NJ 07039**
Number, Street, City, State & ZIP Code

Contact phone    **(973) 533-1000**    Email address    **rtrenk@trenkisabel.law**

**016951982 NJ**
Bar number and State

## RESOLUTION OF SPECIAL MEETING OF
## SHAREHOLDERS OF GULTON INCORPORATED

We hereby certify that at a duly called and special meeting of Gulton Incorporated, a New Jersey corporation (the "Company"), held on the __6 th__ day of May 2024, the following Resolutions was proposed and unanimously adopted by all Shareholders present:

**RESOLVED,** that the aforementioned Company, in view of its financial condition, be and is hereby authorized and directed on behalf of the Company, to file a petition under chapter 11 of the Bankruptcy Code and retain the services of counsel and other professionals, as necessary, for the purposes of preparing, filing, and prosecuting a petition under chapter 11, and to take all steps necessary and related thereto, and that Joseph DiGiovanni, President of the Company, is hereby authorized to execute the Petition and any other pleadings or documents they deem necessary in connection with the Company's chapter 11 case; and it is further

**RESOLVED,** that Joseph DiGiovanni, President of the Company, of the Company, be and hereby is authorized and directed in the name and on behalf of the Company, to prepare, execute, issue, deliver, and/or file any and all such further agreements, certificates, instruments, letters, and pleadings and other documents, and to perform any and all such acts, as they may deem necessary or desirable to effectuate fully the foregoing Resolution; and it is further

**RESOLVED,** that the Company is authorized to retain the law firm of Trenk Isabel Siddiqi & Shahdanian, P.C. to represent the Company in connection with the Chapter 11 filing.

In certification hereof, We do set our hands and seal this _6_ th day of May, 2024.

By: _____
President of Gulton Incorporated,
Joseph DiGiovanni

By: _____
Vice President of Gulton
Incorporated, Vaishali Patel

By: _____
Vice Preisdent of Gulton
Incorporated, Paresh Patel

By: _____
Vice President of Gulton
Incorporated, James Caporossi

4887-2133-5698, v. 1

**Fill in this information to identify the case:**

Debtor name    **Gulton Incorporated**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  6, 2024**         X **/s/ Joseph J. DiGiovanni**
                                          Signature of individual signing on behalf of debtor

                                          **Joseph J. DiGiovanni**
                                          Printed name

                                          **President & COO**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Gulton Incorporated** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **116 Corporate Boulevard LLC 275 North Franklin Turnpike Ramsey, NJ 07446** | **Stephen Bialkowski, Esq. stephen@ny-njlaw.com (201)962-9200** | **Unpaid Rents** | **Contingent Unliquidated Disputed** | | | $154,550.12 |
| **A&F Cleaning Services 416 Ashley Street Perth Amboy, NJ 08861** | | **Trade debt** | | | | $2,100.00 |
| **ADP Payroll 1 ADP Blvd Roseland, NJ 07068** | **leann.mcdonough @adp.com 973-974-6861** | **Trade debt** | | | | $14,541.89 |
| **Approved Sheet Metal 7 Secuirty Drive Hudson, NH 03051** | **info@approvedshe etmetal.com (603) 883-1510** | **Trade debt** | | | | $5,675.00 |
| **Bish Tool & Die Inc. 403 Harrison Avenue Jeannette, PA 15644** | **(724) 527-1665** | **Trade debt** | | | | $3,546.50 |
| **Daikon Electronics, Inc. 980 Birmingham Road, Suite 725 Alpharetta, GA 30004** | **(800) 801-6081** | **Trade debt** | | | | $10,477.00 |
| **Dynarex, Inc. 2371 Maintelli Drive Gilroy, CA 95020** | **info@dynarex.com 888-396-2739** | **Trade debt** | | | | $1,360,202.94 |
| **Eisner Advisory Group LLC 733 Third Avenue New York, NY 10017-2703** | **Charles Saydek 732-243-7000** | **Trade debt** | | | | $4,570.00 |

Debtor   **Gulton Incorporated**                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Engie Power & Gas LLC 1360 Post Oak Blvd, Suite 400 Houston, TX 77056-3030** | **713-636-1900** | **Trade debt** | | | | **$13,511.74** |
| **Evoqua Water Technologies LLC 28563 Network Place Chicago, IL 60673-1285** | **713 766 6270** | **Trade debt** | | | | **$4,478.18** |
| **Ford Atlantic 341 Changebridge Rd Pine Brook, NJ 07058** | **info@fordatlantic.com (973) 882-1191** | **Trade debt** | | | | **$7,677.89** |
| **HLPM Distribution LLC 1275 Bloomfield Ave # 5 Fairfield, NJ 07004** | **973-775-9542 fax 973-227-8814** | **Trade debt** | | | | **$29,182.56** |
| **J. Tykowski LLC 4 Vale Road Whippany, NJ 07981** | **John Tykowski (973) 216-0163** | **Trade debt** | | | | **$2,250.00** |
| **Micro-Ray Electronics Inc. 212 Midstream Place Brick, NJ 08724** | **sales@Micro-Ray.com 732-892-8799** | **Trade debt** | | | | **$2,750.00** |
| **PSE&G 80 Park Pl Newark, NJ 07102** | | **Trade debt** | | | | **$3,227.10** |
| **PSE&G 80 Park Pl Newark, NJ 07102** | | **Trade debt** | | | | **$7,943.49** |
| **Quincy Compressor 701 N Dobson Ave Bay Minette, AL 36507** | **(251) 937-5900** | **Trade debt** | | | | **$12,993.04** |
| **Smart Source Manufacturing 118 Evergreen Circle Dillsburg, PA 17019-9630** | | **Trade debt** | | | | **$22,719.00** |

Debtor  **Gulton Incorporated**
_____
Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo Financial Leasing Inc. 800 Walnut Street F0005-044 Des Moines, IA 50309** | | **Leased 2023 Ingersoll Rand Rs18ie Air Compressor** | | **$5,693.50** | **$0.00** | **$5,693.50** |
| **Wentworth Labs Inc 1087 Federal Road Unit 4 Brookfield, CT 06804-1145** | **info@wentworthlabs.com (203) 775-0448** | **Trade debt** | | | | **$2,000.00** |

**Fill in this information to identify the case:**

Debtor name    **Gulton Incorporated**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $ _____**0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................    $ _____**889,251.47**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................    $ _____**889,251.47**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____**46,093.50**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ _____**0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$ _____**1,680,023.23**

4.    Total liabilities ......................................................................................................................
    Lines 2 + 3a + 3b    $ _____**1,726,116.73**

**Fill in this information to identify the case:**

Debtor name    **Gulton Incorporated**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Bank** | **Checking** | **4075** | **$7,971.21** |
| 3.2. | **PNC Bank** | **Checking** | **6256** | **$2,786.39** |
| 3.3. | **PNC Bank** | **Checking** | **6379** | **$1,250.27** |
| 3.4. | **PNC Bank** | **Money Market** | **3243** | **$9,000.07** |
| 3.5. | **TD Bank** | **Checking** | **0237** | **$1,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$22,007.94**

| Part 2: | Deposits and Prepayments |
|---|---|

Debtor    **Gulton Incorporated**                                    Case number *(If known)* _____
         Name

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

   7.1.   **Seucirty deposit held by 116 Corporate Blvd LLC**                    **$33,870.00**

   7.2.   **Security deposit held by PSE&G**                                      **$5,744.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

   8.1.   **Prepayment or credit balance paid to vendor, Zecode Technoligia**          **$5,715.00**

   8.2.   **Prepayment or credit balance paid to vendor, Annies Traditional**          **$3,540.00**

   8.3.   **Prepayment or credit balance paid to vendor, Adhemak**                      **$4,415.00**

   8.4.   **Prepayment or credit balance paid to vendor, Datum International Data Systems**   **$13,620.00**

   8.5.   **Prepayment or credit balance paid to vendor, POS Solutions**                **$3,222.00**

   8.6.   **Prepayment or credit balance paid to vendor, Global United LLP**            **$47,410.70**

   8.7.   **Prepayment or credit balance paid to vendor, Radwell International**         **$3,900.00**

   8.8.   **Prepayment or credit balance paid to vendor, KRESKI Sp.J. Piotr Galecki Lukasz Galecki**   **$2,792.73**

   8.9.   **Prepayment or credit balance paid to vendor, Advantage Label & Packaging, Inc.**   **$1,925.00**

   8.10.   **Prepayment or credit balance paid to vendor, Gargour Technologies**         **$1,625.90**

Debtor    **Gulton Incorporated**                                    Case number *(If known)* _____
        Name

| | | |
|---|---|---|
| 8.11. | **Prepayment or credit balance paid to vendor, Amazon Retail** | $1,156.93 |
| 8.12. | **Prepayment or credit balance paid to vendor, Sauder's Eggs** | $1,147.00 |
| 8.13. | **Prepayment or credit balance paid to vendor, Altman Specialty Plants** | $1,110.00 |
| 8.14. | **Prepayment or credit balance paid to vendor, Southern Graphics & Systems Inc.** | $900.00 |
| 8.15. | **Prepayment or credit balance paid to vendor, Munster Services** | $760.00 |
| 8.16. | **Prepayment or credit balance paid to vendor, Feniks-Komp Jutori D.O.O.** | $675.00 |
| 8.17. | **Prepayment or credit balance paid to vendor, Aybil Bilisim** | $664.95 |
| 8.18. | **Prepayment or credit balance paid to vendor, Performace Food Group Temple** | $1,145.00 |
| 8.19. | **Prepayment or credit balance paid to vendor, Vanguard Logistics Services Inc.** | $589.03 |
| 8.20. | **Prepayment or credit balance paid to vendor, Demarka S.A.** | $574.00 |
| 8.21. | **Prepayment or credit balance paid to vendor, Printer Pro Solutions** | $473.00 |
| 8.22. | **Prepayment or credit balance paid to vendor, Sustevar S.A.** | $470.00 |
| 8.23. | **Prepayment or credit balance paid to vendor, Vistar Southern Calfornia** | $289.00 |
| 8.24. | **Prepayment or credit balance paid to vendor, Ed Systems GMBH** | $259.50 |

Debtor    **Gulton Incorporated**_____    Case number *(If known)* _____
        Name

8.25.    **Prepayment or credit balance paid to vendor, AGRI Labels & Tag, LLC**                    **$224.00**

8.26.    **Prepayment or credit balance paid to vendor, Infor-Kod Doo - Zagreb**                    **$220.00**

8.27.    **Prepayment or credit balance paid to vendor, Coldchain Technology Services**                    **$218.00**

8.28.    **Prepayment or credit balance paid to vendor, Mars Bilgisay AR Ticaret LTD. STI.**                    **$215.00**

8.29.    **Prepayment or credit balance paid to vendor, Alfacod SRL Magazzino Laboratorio**                    **$192.00**

8.30.    **Prepayment or credit balance paid to vendor, Diax Solutions SRL**                    **$157.59**

8.31.    **Prepayment or credit balance paid to vendor, CG Solutions**                    **$150.00**

8.32.    **Prepayment or credit balance paid to vendor, Apeko Group SRO**                    **$120.00**

8.33.    **Prepayment or credit balance paid to vendor, E.D. Systems**                    **$110.00**

8.34.    **Prepayment or credit balance paid to vendor, Interlink Engineering**                    **$99.41**

8.35.    **Prepayment or credit balance paid to vendor, Aligraphics Ltd**                    **$50.00**

8.36.    **Prepayment or credit balance paid to vendor, Label Quest, LLC**                    **$20.00**

8.37.    **Prepayment or credit balance paid to vendor, Labibah Trading Est**                    **$20.00**

8.38.    **Prepayment or credit balance paid to vendor, Kunreuther & Beringhause**                    **$12.59**

Debtor   **Gulton Incorporated**                                    Case number *(If known)* _____
         Name

8.39
.        **Prepayment or credit balance paid to vendor, Jonatan Alvaro Martinez**                    **$10.00**

8.40
.        **Prepayment or credit balance paid to vendor, Service Machine**                    **$6.00**

9.       **Total of Part 2.**                                                          | **$139,818.33** |
         Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:          **181,458.20**    -    **0.00**   = ....    **$181,458.20**
                                    face amount            doubtful or uncollectible accounts

11b. Over 90 days old:             **37,395.00**    -    **0.00**   = ....    **$37,395.00**
                                    face amount            doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                          | **$218,853.20** |
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Inventory and supplies** | | **Unknown** | Recent cost | **$508,572.00** |

Debtor   **Gulton Incorporated**_____   Case number *(If known)* _____
       Name

| 23. | **Total of Part 5.** | | **$508,572.00** |
|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>**All 20+ years  aged**<br>**1. Desks - about 40**<br>**2. Chairs - about 60**<br>**3. Table/4 chairs  - 2 sets**<br>**4. File Cabinets  - about 45**<br>**5. Bookcases -   10 to 15**<br>**6. Metal Storage Racks, 8' - about 20**<br>**7. Conference table, 12'**<br>**8. Tall Metal Storage Cabinets - about 10**<br>**9. Breakroom = 6 foot tables (x6) = 30 chairs** | Unknown | | Unknown |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software about 20 PC's in use, 10 Laser Printers, 1 leased Scanner/Copier Retired PCs/printers (20), Old Printers (80)** | Unknown | | Unknown |
| 42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | **$0.00** |
|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

Debtor   **Gulton Incorporated**                                    Case number *(If known)* _____
         Name

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Leased 2023 Ingersoll Rand Rs18ie Air Compressor** | $0.00 | | $0.00 |

51.   **Total of Part 8.**                                                                     $0.00
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **Gulton Incorporated** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**60.** **Patents, copyrights, trademarks, and trade secrets**
**United States Patent No. 9,616,677 B2 -**
**Apparatus System & Method for Controlling a**
**Print Head**
**United States Patent No. 13/363,941 -**
**Apparatus System & Method for Controlling a**
**Print Head**                                    **Unknown**                        **Unknown**

**61.** **Internet domain names and websites**
**https://www.gulton.com/thermal-printheads**    **Unknown**                        **Unknown**

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**
**Customer List**                                **Unknown**                        **Unknown**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

**66.** **Total of Part 10.**                                                    **$0.00**

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of
debtor's interest**

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**
**Travelers Property Casualty Co of America**
**POLICY NUMBER: ZLP-10N26003-24-I5**                                            **$0.00**

Debtor    **Gulton Incorporated**                                    Case number *(If known)* _____
          Name

| | |
|---|---|
| **The Charter Oak Fire Insurance Company Workers Compensation & Employers Liability Policy** Policy Number:  UB-3K820895-23-I5-G | **$0.00** |
| **Travelers Property Casualty Co of America Commerical Insurance** POLICY NUMBER: BA-5K47821A-24-I5-G | **$0.00** |
| **The Travelers Indemnity Company Excess Follow-Form & Umbrella Liability Insurance Policy** POLICY NUMBER: CUP-0N64956A-23-I5 | **$0.00** |
| **Travelers Property Casualty Company of America** Policy Number:  ZGC-10N62573-23-I5 | **$0.00** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                      **$0.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Debtor    **Gulton Incorporated**                                    Case number *(If known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $22,007.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $139,818.33 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $218,853.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $508,572.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $889,251.47 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $889,251.47 |

**Fill in this information to identify the case:**

Debtor name      **Gulton Incorporated**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **TD Bank. NA** | Describe debtor's property that is subject to a lien | **$40,400.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Blanket lien on substantially all assets of the Debtor** | | |
| | **1707 Route 70 East**<br>**Cherry Hill, NJ 08034** | | | |
| | Creditor's mailing address | Describe the lien<br>**UCC** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**0237** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | **Wells Fargo Financial Leasing Inc.** | Describe debtor's property that is subject to a lien | $5,693.50 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Leased 2023 Ingersoll Rand Rs18ie Air Compressor** | | |
| | **800 Walnut Street**<br>**F0005-044**<br>**Des Moines, IA 50309** | | | |
| | Creditor's mailing address | Describe the lien<br>**UCC** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**1000** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor    **Gulton Incorporated**                                           Case number (if known) _____
            Name

■ No
□ Yes. Specify each creditor,
including this creditor and its relative
priority.

□ Contingent
□ Unliquidated
□ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $46,093.50 |

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name __**Gulton Incorporated**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims            **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Division of Taxation
124 Halsey Street
2nd Floor
Newark, NJ 07102**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service
Special Procedures Branch
PO Box 744
Springfield, NJ 07081-0744**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Gulton Incorporated** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Attn: District Director**
**955 S. Springfield Avenue**
**Springfield, NJ 07081**

■ Contingent
■ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**For Noticing Purposes Only** |
|---|---|

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Office of the Chief Counsel**
**1 Newark Center, Suite 1500**
**Newark, NJ 07102**

■ Contingent
■ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**For Noticing Purposes Only** |
|---|---|

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

■ Contingent
■ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**For Noticing Purposes Only** |
|---|---|

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Division of Taxation**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695-0245**

■ Contingent
■ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**For Noticing Purposes Only** |
|---|---|

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

| Debtor | **Gulton Incorporated** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.7**

Priority creditor's name and mailing address

**Office of the Attorney General**
**Division of Law**
**PO Box 080**
**Trenton, NJ 08625-0080**

As of the petition filing date, the claim is:   $0.00   $0.00
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

**2.8**

Priority creditor's name and mailing address

**State of New Jersey**
**Division of Taxation**
**Sales & Use Tax**
**PO Box 999**
**Trenton, NJ 08625**

As of the petition filing date, the claim is:   $0.00   $0.00
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

**2.9**

Priority creditor's name and mailing address

**State of New Jersey**
**Division of Taxation - GIT**
**50 Barrack Street**
**PO Box 269**
**Trenton, NJ 08625**

As of the petition filing date, the claim is:   $0.00   $0.00
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

**2.10**

Priority creditor's name and mailing address

**State of New Jersey**
**Department of Labor**
**Divison of Employer Accounts**
**PO Box 379**
**Trenton, NJ 08625-0059**

As of the petition filing date, the claim is:   $0.00   $0.00
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | **Gulton Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Attorney**
**970 Broad Street**
**5th Floor**
**Newark, NJ 07102**

*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Noticing Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154,550.12 |
|---|---|---|---|

**116 Corporate Boulevard LLC**
**275 North Franklin Turnpike**
**Ramsey, NJ 07446**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Unpaid Rents**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|---|

**A&F Cleaning Services**
**416 Ashley Street**
**Perth Amboy, NJ 08861**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,541.89 |
|---|---|---|---|

**ADP Payroll**
**1 ADP Blvd**
**Roseland, NJ 07068**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1235**

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,872.85 |
|---|---|---|---|

**Allresist - Germany**
**Am Biotop 14**
**15344 Strausberg**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,675.00 |
|---|---|---|---|

**Approved Sheet Metal**
**7 Secuirty Drive**
**Hudson, NH 03051**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Gulton Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $889.12 |

**Avery Dennison**
**15178 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,546.50 |

**Bish Tool & Die Inc.**
**403 Harrison Avenue**
**Jeannette, PA 15644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |

**Cahill, Wilinski, Rhodes & Joyce, PC**
**89 Haddon Ave, Suite A**
**Haddonfield, NJ 08033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,104.81 |

**Cintas Corporation #062**
**PO Box 630803**
**Cincinnati, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,477.00 |

**Daikon Electronics, Inc.**
**980 Birmingham Road, Suite 725**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,360,202.94 |

**Dynarex, Inc.**
**2371 Maintelli Drive**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,570.00 |

**Eisner Advisory Group LLC**
**733 Third Avenue**
**New York, NY 10017-2703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services rendered**

Last 4 digits of account number  **8113**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Gulton Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,511.74**

**Engie Power & Gas LLC**
**1360 Post Oak Blvd, Suite 400**
**Houston, TX 77056-3030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,478.18**

**Evoqua Water Technologies LLC**
**28563 Network Place**
**Chicago, IL 60673-1285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2139**

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,538.75**

**FedEx**
**P.O. Box 371461**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0050**

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,677.89**

**Ford Atlantic**
**341 Changebridge Rd**
**Pine Brook, NJ 07058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,182.56**

**HLPM Distribution LLC**
**1275 Bloomfield Ave # 5**
**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Ingersoll-Rand Company Air Solutions**
**15768 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9689**

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00**

**J. Tykowski LLC**
**4 Vale Road**
**Whippany, NJ 07981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gulton Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,750.00** |
|---|---|---|---|

**Micro-Ray Electronics Inc.**
**212 Midstream Place**
**Brick, NJ 08724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$337.52** |
|---|---|---|---|

**Middlesex Welding Supply**
**94 Marine Street**
**Farmingdale, NY 11735-5690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Peak-Ryzex, Inc.**
**8458 Solutions Center**
**Chicago, IL 60677-8002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,943.49** |
|---|---|---|---|

**PSE&G**
**80 Park Pl**
**Newark, NJ 07102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number  8405

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,227.10** |
|---|---|---|---|

**PSE&G**
**80 Park Pl**
**Newark, NJ 07102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number  7703

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,993.04** |
|---|---|---|---|

**Quincy Compressor**
**701 N Dobson Ave**
**Bay Minette, AL 36507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$431.80** |
|---|---|---|---|

**RIV Inc.**
**PO Box 220**
**Merrimack, NH 03054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Gulton Incorporated** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.27** | **Nonpriority creditor's name and mailing address**
RS Hughes
226-B Sherwood Ave.
Chicago, IL 60677-8002

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$895.54**

---

**3.28** | **Nonpriority creditor's name and mailing address**
Salgado Heating & Cooling
130 Beacon Hill Road
Morganville, NJ 07751

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$709.06**

---

**3.29** | **Nonpriority creditor's name and mailing address**
Smart Source Manufacturing
118 Evergreen Circle
Dillsburg, PA 17019-9630

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$22,719.00**

---

**3.30** | **Nonpriority creditor's name and mailing address**
Uline
Attn:  Accounts Recievable
PO Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$888.65**

---

**3.31** | **Nonpriority creditor's name and mailing address**
United Parcel Service
55 Glenlake Parkway, NE
Atlanta, GA 30328

Date(s) debt was incurred _

Last 4 digits of account number  E7Y9

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$158.68**

---

**3.32** | **Nonpriority creditor's name and mailing address**
Voya National Trust
230 Park Ave
New York, NY 10169

Date(s) debt was incurred _

Last 4 digits of account number  3627

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

---

**3.33** | **Nonpriority creditor's name and mailing address**
Wentworth Labs Inc
1087 Federal Road Unit 4
Brookfield, CT 06804-1145

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Gulton Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Stephen Bialkowski, Esq.** **Law Offices of Stephen Bialkowski, LLC** **275 North Framklin Turnpike, Suite 201** **Ramsey, NJ 07446** | Line **3.1** ☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,680,023.23 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 1,680,023.23 |

**Fill in this information to identify the case:**

Debtor name    **Gulton Incorporated**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Business lease** |
| State the term remaining — **Leases expires on 12/31/27** | **116 Corporate Boulevard LLC**<br>**275 North Franklin Turnpike**<br>**Ramsey, NJ 07446** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Merchant Service Agreement** |
| State the term remaining | **Authorize.Net**<br>**PO Box 947**<br>**American Fork, UT 84003-0947** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Uniform contract** |
| State the term remaining | **Cintas Corporation #062**<br>**PO Box 630803**<br>**Cincinnati, OH 45263-0803** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment Maintenance** |
| State the term remaining — **4 years** | **Ingersoll-Ran Industrial US Inc.**<br>**525 Harbour Place**<br>**Davidson, NC 28036** |
| List the contract number of any government contract | |

Debtor 1    **Gulton Incorporated**                                              Case number *(if known)*  _____
_____    _____    _____
First Name    Middle Name    Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest **IT Services** | |
| State the term remaining | **Integrated Computer Services, Inc.** **65 Harristown Road** **Suite 309** **Glen Rock, NJ 07452** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest **Merchant Service Agreement** | |
| State the term remaining | **Intuit Quickbooks** **21650 Oxnard Street, Suite 2200** **Woodland Hills, CA 91367** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest **Sale & Service Cloud** | |
| State the term remaining | **Saleforce, Inc.** **Saleforce Tower** **415 Mission Street, 3rd Floor** **San Francisco, CA 94105** |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest **Web Hosting** | |
| State the term remaining | **United Software Consultants Inc.** **60 Brunswick Woods Drive** **East Brunswick, NJ 08816** |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest **Ingersoll Rand RS18ie 2023 New Air Compressor** | |
| State the term remaining | **Wells Fargo Financial Leasing Inc.** **800 Walnut Street** **F0005-044** **Des Moines, IA 50309** |
| List the contract number of any government contract | |

| Debtor 1 | **Gulton Incorporated** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest | **Ricoh Copier** |
| State the term remaining | |
| List the contract number of any government contract | **Wells Fargo Vendor Financial Services LL** <br> **Po Box 070241** <br> **Philadelphia, PA 19176-0241** |

**Fill in this information to identify the case:**

Debtor name __**Gulton Incorporated**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **James Caporossi** | **15 Walter Avenue**<br>**Highland Park, NJ 08904** | **TD Bank. NA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Joseph J. DiGiovanni** | **28 Wesley Lane**<br>**Burlington, NJ 08016** | **TD Bank. NA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Paresh Patel** | **26 Alton Drive**<br>**Somerset, NJ 08873** | **TD Bank. NA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Vaishali Patel** | **26 Alton Drive**<br>**Somerset, NJ 08873** | **TD Bank. NA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
|---|
| Debtor name **Gulton Incorporated** |
| United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | **$286,776.83** |
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$1,433,313.13** |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$1,642,758.14** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

| Debtor | **Gulton Incorporated** | Case number *(if known)* | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **116 Corporate Boulevard LLC**<br>**275 North Franklin Turnpike**<br>**Ramsey, NJ 07446** | **2/6/2024 -**<br>**5/6/2024** | **$41,355.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.2. **Aetna US Healthcare**<br>**151 Famington Avenue**<br>**Hartford, CT 06156** | **2/6/2024**<br>**-5/6/2024** | **$33,470.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Medical & Dental Insurance** |
| 3.3. **Intuit Quickbooks**<br>**21650 Oxnard Street, Suite 2200**<br>**Woodland Hills, CA 91367** | **2/6/2024**<br>**-5/6/2024** | **$7,607.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.4. **Dynarex, Inc.**<br>**2371 Maintelli Drive**<br>**Gilroy, CA 95020** | **2/6/2024**<br>**-5/6/2024** | **$99,553.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.5. **FedEx**<br>**P.O. Box 371461**<br>**Pittsburgh, PA 15250-7461** | **2/6/2024**<br>**-5/6/2024** | **$15,464.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Shipper** |
| 3.6. **PSE&G**<br>**80 Park Pl**<br>**Newark, NJ 07102** | **2/6/2024**<br>**-5/6/2024** | **$35,409.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.7. **Voya National Trust**<br>**PO Box 3015**<br>**New York, NY 10116-3015** | **2/6/2024**<br>**-5/6/2024** | **$18,572.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **401k Plan** |
| 3.8. **Travelers Insurance**<br>**485 Lexington Ave**<br>**8th Floor**<br>**New York, NY 10017** | **4/30/24** | **$10,057.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Business Insurance** |

| Debtor | Gulton Incorporated | Case number (if known) | |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Paresh Patel**<br>**26 Alton Drive**<br>**Somerset, NJ 08873**<br>**Vice President** | **5/6/23 -**<br>**5/6/24** | **$88,439.85** | **Gross pay, Expenses Reimbursement & Capital Distribution** |
| 4.2. **Vaishali Patel**<br>**26 Alton Drive**<br>**Somerset, NJ 08873**<br>**Vice President** | **5/6/23 -**<br>**5/6/24** | **$83,243.12** | **Gross pay & Capital Distribution** |
| 4.3. **Diya Patel**<br>**26 Alton Drive**<br>**Somerset, NJ 08873**<br>**Child of Paresh & Viashali Patel** | **5/6/23 -**<br>**5/6/24** | **$14,941.90** | **Gross pay & Misc.** |
| 4.4. **Joseph DiGiovanni**<br>**28 Wesley Lane**<br>**Burlington, NJ 08016**<br>**President and COO** | **5/6/23 -**<br>**5/6/24** | **$157,919.06** | **Gross pay, Expenses Reimbursement & Capital Distribution** |
| 4.5. **Jane DiGiovanni**<br>**28 Wesley Lane**<br>**Burlington, NJ 08016**<br>**Spouse of Joseph Digiovanni** | **5/6/23 -**<br>**5/6/24** | **$13,079.27** | **Gross pay & Misc.** |
| 4.6. **Daniel Costello**<br>**9 Hornsby Dr**<br>**Marlton, NJ 08053**<br>**Son-in-law to Joseph Digiovanni** | **5/6/23 -**<br>**5/6/24** | **$40,135.84** | **Gross pay & Misc.** |
| 4.7. **James Caporossi**<br>**15 Walter Avenue**<br>**Highland Park, NJ 08904**<br>**Vice Preisdent** | **5/6/23 -**<br>**5/6/24** | **$89,457.72** | **Gross pay & Capital Distribution** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Debtor | **Gulton Incorporated** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

**7.**   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **116 Corporate Boulevard, LLC v. Gulton, Inc.**<br>**BER-L-001564-24** | **Civil Action** | **Superior Court of New Jersey**<br>**Law Division, Bergen County**<br>**10 Main Street**<br>**Hackensack, NJ 07601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.**   **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.**   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10.**   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11.**   **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Gulton Incorporated**                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Trenk Isabel Siddiqi & Shahdanian P.C. 290 W. Mt. Pleasant Avenue Suite 2370 Livingston, NJ 07039** | **Attorney Fees** | **5/3/24 ($25,000) & 5/6/24 ($25,000)** | **$50,000.00** |
| | **Email or website address rtrenk@trenkisabel.law** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
    to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
    2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
    both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor    **Gulton Incorporated**                                    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    Gulton Incorporated                                                     Case number *(if known)*

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
| --- | --- | --- |
| 26a.1. | **Patty Luz**<br>**116 Corporate Blvd**<br>**South Plainfield, NJ 07080** | **current** |
| 26a.2. | **Tirupati Bhatt**<br>**Pandya Kapadia Bhatt & Associates, CPA**<br>**50 Cragwood Road, Ste # 205**<br>**South Plainfield, NJ 07080** | **Feb 2023 - current** |
| 26a.3. | **Charles Saydek**<br>**Eisner Advisory Group LLC**<br>**733 Third Avenue**<br>**New York, NY 10017-2703** | **Through November 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

Debtor    **Gulton Incorporated**                                    Case number *(if known)*

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Debtor** | **1/1/24** | **$508,572.56** |

| | Name and address of the person who has possession of inventory records | | |
|---|---|---|---|
| | **Debtor** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Paresh Patel** | **26 Alton Drive Somerset, NJ 08873** | **Vice President - Manufacturing** | **20** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joseph DiGiovanni** | **28 Wesley Lane Burlington, NJ 08016** | **President & COO** | **42** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Vaishali Patel** | **26 Alton Drive Somerset, NJ 08873** | **Vice President - Lithography and SiC Coating** | **20** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Caporossi** | **15 Walter Avenue Highland Park, NJ 08904** | **Vice President - Engineering** | **18** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

Debtor  **Gulton Incorporated**                                            Case number *(if known)* _____

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No

■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **James Caporossi**<br>**15 Walter Avenue**<br>**Highland Park, NJ 08904** | **$89,457.72** | **5/6/23 - 5/6/24** | **Gross payment & Capital Distribution** |
| | **Relationship to debtor**<br>**Vice President** | | | |
| 30.2. | **Joseph DiGiovanni**<br>**28 Wesley Lane**<br>**Burlington, NJ 08016** | **$157,919.06** | **5/6/23 - 5/6/24** | **Gross pay, Expenses Reimbursement & Capital Distribution** |
| | **Relationship to debtor**<br>**President & COO** | | | |
| 30.3. | **Jane DiGiovanni**<br>**28 Wesley Lane**<br>**Burlington, NJ 08016** | **$13,079.27** | **5/6/23 - 5/6/24** | **Gross pay & Misc** |
| | **Relationship to debtor**<br>**Spouse of Joseph Digiovanni** | | | |
| 30.4. | **Daniel Costello**<br>**9 Hornsby Dr**<br>**Marlton, NJ 08053** | **$40,135.84** | **5/6/23 - 5/6/24** | **Gross pay & Misc** |
| | **Relationship to debtor**<br>**Son-in-law to Joseph Digiovanni** | | | |
| 30.5. | **Paresh Patel**<br>**26 Alton Drive**<br>**Somerset, NJ 08873** | **$88,439.85** | **5/6/23 - 5/6/24** | **Gross pay, Expenses Reimbursement & Capital Distribution** |
| | **Relationship to debtor**<br>**Vice President** | | | |
| 30.6. | **Diya Patel**<br>**26 Alton Drive**<br>**Somerset, NJ 08873** | **$14,941.90** | **5/6/23 - 5/6/24** | **Gross pay & Misc** |
| | **Relationship to debtor**<br>**Child of Paresh & Viashali Patel** | | | |

Debtor  **Gulton Incorporated**                                          Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.7. **Vaishali Patel**<br>**26 Alton Drive**<br>**Somerset, NJ 08873** | **$83,243.12** | **5/6/23 - 5/6/24** | **Gross pay & Capital Distribution** |
| **Relationship to debtor**<br>**Vice President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  6, 2024**
_____

**/s/ Joseph J. DiGiovanni**                              **Joseph J. DiGiovanni**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President & COO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re __Gulton Incorporated__                                   Case No. _____
                                    Debtor(s)         Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____   $   **Fees & expenses allowed by the**

                                                                          **Bankruptcy Court**

     Prior to the filing of this statement I have received _____   $   **50,000.00***

     Balance Due _____   $   **Fees & expenses allowed by the**

                                                                          **Bankruptcy Court**

2.   The source of the compensation paid to me was:

     [✓] Debtor     [ ] Other (specify):

3.   The source of compensation to be paid to me is:

     [✓] Debtor     [ ] Other (specify):

4.   [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
         any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__May  6, 2024__                              __/s/ Richard D. Trenk__
*Date*                                        **Richard D. Trenk**
                                              *Signature of Attorney*
                                              **Trenk Isabel Siddiqi & Shahdanian P.C.**
                                              **290 W. Mt. Pleasant Avenue**
                                              **Suite 2370**
                                              **Livingston, NJ 07039**
                                              **(973) 533-1000  Fax: (973) 533-1111**
                                              **rtrenk@trenkisabel.law**
                                              *Name of law firm*

---

**\*\*\* Prior to the Petition Date, Trenk Isabel Siddiqi & Shahdanian P.C. ("TISS"), received and deposited in trust the sum of
$50,000.00, representing the retainer plus filing fees. TISS applied $13,648.00 in payment of invoices for fees and the filing
fees incurred prior to the Petition Date. TISS maintains a retainer of $37,352.00.**

## United States Bankruptcy Court
### District of New Jersey

In re  **Gulton Incorporated**

Case No. _____

Debtor(s)

Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James Caporossi**<br>**15 Walter Avenue**<br>**Highland Park, NJ 08904** | | **18%** | |
| **Joseph DiGiovanni**<br>**28 Wesley Lane**<br>**Burlington, NJ 08016** | | **42%** | |
| **Paresh Patel**<br>**26 Alton Drive**<br>**Somerset, NJ 08873** | | **20%** | |
| **Vaishali Patel**<br>**26 Alton Drive**<br>**Somerset, NJ 08873** | | **20%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President & COO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May  6, 2024**

Signature  **/s/ Joseph J. DiGiovanni**

**Joseph J. DiGiovanni**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of New Jersey**

In re   **Gulton Incorporated**                                            Case No. _____

                                      Debtor(s)        Chapter    **11**_____

# VERIFICATION OF CREDITOR MATRIX

I, the President & COO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **May  6, 2024**_____        /s/ Joseph J. DiGiovanni_____
                                          **Joseph J. DiGiovanni**/**President & COO**
                                          Signer/Title

116 Corporate Boulevard LLC
275 North Franklin Turnpike
Ramsey, NJ 07446

A&F Cleaning Services
416 Ashley Street
Perth Amboy, NJ 08861

ADP Payroll
1 ADP Blvd
Roseland, NJ 07068

Allresist - Germany
Am Biotop 14
15344 Strausberg
GERMANY

Approved Sheet Metal
7 Secuirty Drive
Hudson, NH 03051

Authorize.Net
PO Box 947
American Fork, UT 84003-0947

Avery Dennison
15178 Collections Center Dr
Chicago, IL 60693

Bish Tool & Die Inc.
403 Harrison Avenue
Jeannette, PA 15644

Cahill, Wilinski, Rhodes & Joyce, PC
89 Haddon Ave, Suite A
Haddonfield, NJ 08033

Cintas Corporation #062
PO Box 630803
Cincinnati, OH 45263-0803

Daikon Electronics, Inc.
980 Birmingham Road, Suite 725
Alpharetta, GA 30004

Division of Taxation
124 Halsey Street
2nd Floor
Newark, NJ 07102


Dynarex, Inc.
2371 Maintelli Drive
Gilroy, CA 95020


Eisner Advisory Group LLC
733 Third Avenue
New York, NY 10017-2703


Engie Power & Gas LLC
1360 Post Oak Blvd, Suite 400
Houston, TX 77056-3030


Evoqua Water Technologies LLC
28563 Network Place
Chicago, IL 60673-1285


FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461


Ford Atlantic
341 Changebridge Rd
Pine Brook, NJ 07058


HLPM Distribution LLC
1275 Bloomfield Ave # 5
Fairfield, NJ 07004


Ingersoll-Ran Industrial US Inc.
525 Harbour Place
Davidson, NC 28036


Ingersoll-Rand Company Air Solutions
15768 Collections Center Drive
Chicago, IL 60693


Integrated Computer Services, Inc.
65 Harristown Road
Suite 309
Glen Rock, NJ 07452

```
Internal Revenue Service
Special Procedures Branch
PO Box 744
Springfield, NJ 07081-0744


Internal Revenue Service
Attn: District Director
955 S. Springfield Avenue
Springfield, NJ 07081


Internal Revenue Service
Office of the Chief Counsel
1 Newark Center, Suite 1500
Newark, NJ 07102


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Intuit Quickbooks
21650 Oxnard Street, Suite 2200
Woodland Hills, CA 91367


J. Tykowski LLC
4 Vale Road
Whippany, NJ 07981


James Caporossi
15 Walter Avenue
Highland Park, NJ 08904


Joseph J. DiGiovanni
28 Wesley Lane
Burlington, NJ 08016


Micro-Ray Electronics Inc.
212 Midstream Place
Brick, NJ 08724


Middlesex Welding Supply
94 Marine Street
Farmingdale, NY 11735-5690
```

New Jersey Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


Office of the Attorney General
Division of Law
PO Box 080
Trenton, NJ 08625-0080


Paresh Patel
26 Alton Drive
Somerset, NJ 08873


Peak-Ryzex, Inc.
8458 Solutions Center
Chicago, IL 60677-8002


PSE&G
80 Park Pl
Newark, NJ 07102


Quincy Compressor
701 N Dobson Ave
Bay Minette, AL 36507


RIV Inc.
PO Box 220
Merrimack, NH 03054


RS Hughes
226-B Sherwood Ave.
Chicago, IL 60677-8002


Saleforce, Inc.
Saleforce Tower
415 Mission Street, 3rd Floor
San Francisco, CA 94105


Salgado Heating & Cooling
130 Beacon Hill Road
Morganville, NJ 07751

Smart Source Manufacturing
118 Evergreen Circle
Dillsburg, PA 17019-9630


State of New Jersey
Division of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625


State of New Jersey
Division of Taxation - GIT
50 Barrack Street
PO Box 269
Trenton, NJ 08625


State of New Jersey
Department of Labor
Divison of Employer Accounts
PO Box 379
Trenton, NJ 08625-0059


Stephen Bialkowski, Esq.
Law Offices of Stephen Bialkowski, LLC
275 North Framklin Turnpike, Suite 201
Ramsey, NJ 07446


TD Bank. NA
1707 Route 70 East
Cherry Hill, NJ 08034


Uline
Attn: Accounts Recievable
PO Box 88741
Chicago, IL 60680-1741


United Parcel Service
55 Glenlake Parkway, NE
Atlanta, GA 30328


United Software Consultants Inc.
60 Brunswick Woods Drive
East Brunswick, NJ 08816

United States Attorney
970 Broad Street
5th Floor
Newark, NJ 07102


Vaishali Patel
26 Alton Drive
Somerset, NJ 08873


Voya National Trust
230 Park Ave
New York, NY 10169


Wells Fargo Financial Leasing Inc.
800 Walnut Street
F0005-044
Des Moines, IA 50309


Wells Fargo Vendor Financial Services LL
Po Box 070241
Philadelphia, PA 19176-0241


Wentworth Labs Inc
1087 Federal Road Unit 4
Brookfield, CT 06804-1145

# United States Bankruptcy Court
### District of New Jersey

In re    **Gulton Incorporated**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Gulton Incorporated**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  6, 2024**

Date

**/s/ Richard D. Trenk**

**Richard D. Trenk**

Signature of Attorney or Litigant

Counsel for    **Gulton Incorporated**

**Trenk Isabel Siddiqi & Shahdanian P.C.**

**290 W. Mt. Pleasant Avenue**
**Suite 2370**
**Livingston, NJ 07039**
**(973) 533-1000 Fax:(973) 533-1111**
**rtrenk@trenkisabel.law**